IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

EDWARD SEALS, JR.                                                                                          PLAINTIFF

V.                                                                           CIVIL ACTION NO. 3:13-CV-74-SA-JMV

STATE OF MISSISSIPPI; BOARD OF TRUSTEES
OF STATE OF MISSISSIPPI STATE INSTITUTIONS
OF HIGHER LEARNING; UNIVERSITY OF MISSISSIPPI;
DR. DANIEL JONES, M.D., et al.                                                                     DEFENDANTS

ORDER GRANTING SUMMARY JUDGMENT

For the reasons set forth in a Memorandum Opinion entered this day, the Court decides the present case as follows:

A. Plaintiff's procedural due process and substantive due process claims against the State, the University, and the Board are barred by sovereign immunity and are dismissed without prejudice.

B. Plaintiff's procedural due process and substantive due process claims for monetary relief against Jones in his official capacity are barred by sovereign immunity and are dismissed without prejudice.

C. Plaintiff's procedural due process and substantive due process claims against Jones in his official capacity seeking an injunction requiring syllabi are dismissed without prejudice for lack of standing.

D. Plaintiff's procedural due process and substantive due process claims against Jones in his official capacity seeking amendment to his transcript are dismissed with prejudice.

E. Plaintiff's substantive due process claims against Jekabsons, Britson, Reysen, and Buchholz in their individual capacities are dismissed with prejudice on the basis of qualified immunity.

F. Plaintiff's remaining state law claims as to all parties are dismissed without prejudice based on the Court's refusal to continue to exercise supplemental jurisdiction over them.

Accordingly, Defendants' Motion for Summary Judgment [55] is GRANTED, Defendants' Motions to Strike [59] and [63] are found MOOT, Plaintiff's Motions to Strike [61] and [66] are found MOOT, and Plaintiff's Motion to Reconsider [78] is found MOOT. Such judgment being hereby entered in favor of Defendant, this case is CLOSED.

SO ORDERED, this the 20th day of February, 2014.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**